Paul J Mansdorf
1563 Solano Ave.
#703
Berkeley, CA 94707
Telephone: (510) 526-5993

Trustee in Bankruptcy

RECEIVED

FEB 2 8 2011

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

FILED

FEB 2 2 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – Oakland

In re:

BURNS, TIMOTHY W
BURNS, ARIANNE R

Debtor(s)

Case No. 10-46151 RN

Chapter 7

NOTICE OF SMALL DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3010(a), the trustee in the above-captioned case hereby turns over to the

Court, Small Dividends in the amount of 2.54. The names and addresses of those entitled to the Small

Dividends treated as unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---------|---------------------------|--------------|-----------------|
| 11 | FIA CARD SERVICES | 72.89 | 2.54 |

Dated: February 18, 2011

_____
Paul J Mansdorf, TRUSTEE